

# Fourth Court of Appeals
## San Antonio, Texas

November 21, 2016

No. 04-16-00624-CR

**IN RE** Juan **ENRIQUEZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Marialyn Barnard, Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

On September 28, 2016, relator filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on November 21, 2016.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of November, 2016.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 3862, styled *The State of Texas v. Juan Enriquez*, pending in the 81st Judicial District Court, Karnes County, Texas, the Honorable Donna S. Rayes, presiding.